UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:	Chapter 11

3660 BROADWAY ASSOCIATES LP	Case No. 09-15281 (ALG)


Debtor.
---------------------------------------------------------x

## ORDER SCHEDULING INITIAL CASE CONFERENCE

The Debtor having filed a petition for reorganization under chapter 11 of the Bankruptcy Code on August 28, 2009 and the Court having determined that a case management conference will aid in the efficient conduct of the case, it is

**ORDERED**, pursuant to 11 U.S.C. Section 105(d), that an initial case management conference will be conducted by the **Honorable Allan L. Gropper (Courtroom 617)**, United States Bankruptcy Court, One Bowling Green, New York New York 10004 on **October 8, 2009 at 10:00 a.m.**, or as soon thereafter as counsel may be heard, to consider the efficient administration of the case, which may include, inter alia, such topics as retention of professionals, creation of a committee review budget and fee requests, use of alternative dispute resolution, timetables and scheduling of additional case management conferences; and it is further

**ORDERED**, that the Debtor shall give notice by mail of this order at least seven days prior to the scheduled conference to each committee appointed to serve in the case pursuant to 11 U.S.C. Section 1102 (or, if no committee has been appointed, to the holders of the 10 largest unsecured claims), the holders of the five largest secured claims, any postpetition lender to the Debtor, and the United States Trustee, and shall promptly file proof of service of such notice with the Clerk of the Court.

Dated:   August 31, 2009
         New York, New York


                                                          */s/ Allan L. Gropper*
                                               UNITED STATES BANKRUPTCY JUDGE